# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ROBERT JOHN GARCIA,** | NO. LA CV 14-04424-VBF-PLA |
| Petitioner, | |
| v. | RULE 58 JUDGMENT |
| TIMOTHY BUSBY (Warden) *et al.*, | |
| Respondents. | |

Pursuant to the Court's Opinion and Order issued this same date, this action is dismissed without prejudice.

DATED:    June 17, 2014

*/s/ Valerie Baker Fairbank*

_____
VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE